NOTICE: This opinion is subject to modification resulting from motions for reconsideration under Supreme Court Rule 27, the Court's reconsideration, and editorial revisions by the Reporter of Decisions. The version of the opinion published in the Advance Sheets for the Georgia Reports, designated as the "Final Copy," will replace any prior version on the Court's website and docket. A bound volume of the Georgia Reports will contain the final and official text of the opinion.

In the Supreme Court of Georgia

Decided: March 22, 2023

S23Y0434. IN THE MATTER OF DAVID JOHN PETTINATO.

PER CURIAM.

The Court having reviewed the notice of compliance submitted by the Office of the General Counsel of the State Bar of Georgia, and it appearing that David John Pettinato (State Bar No. 426068) has satisfied the conditions for reinstatement as specified by this Court, see *In the Matter of Pettinato,* WL 2374205 (2023), it is hereby ordered that David John Pettinato be reinstated to practice law in the State of Georgia.

*Reinstated. All the Justices concur.*